# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNY L. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00154-SEP |
| | ) |
| CORIZON, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is Defendant Corizon's Motion to Stay, Doc. [32]. Upon review of the Omnibus Motion to Enjoin, Doc. [32-1], the Court notes that Plaintiff is not listed in Exhibit A.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than August 5, 2025, Defendant must show cause why its motion to stay should be granted, notwithstanding the fact that Plaintiff's name does not appear in Exhibit A.

Dated this 28th day of August, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE